Exhibit A



Select Language
Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information
Case Number: CV2020-096292  Judge: Palmer, David
File Date: 11/23/2020  Location: Southeast
Case Type: Civil

## Party Information
| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Patricia Epping | Plaintiff | Female | Robert Monroe |
| Costco Wholesale Corp | Defendant | | Pro Per |

## Case Documents
| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 12/3/2020 | AFS - Affidavit Of Service | 12/9/2020 | |

**NOTE:** COSTCO WHOLESALE CORPORATION

| 11/23/2020 | COM - Complaint | 11/23/2020 | |

**NOTE:** Complaint

| 11/23/2020 | CSH - Coversheet | 11/23/2020 | |

**NOTE:** Civil Cover Sheet

| 11/23/2020 | CCN - Cert Arbitration - Not Subject | 11/23/2020 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| 11/23/2020 | SUM - Summons | 11/23/2020 | |

**NOTE:** Summons

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**



# Service of Process Transmittal

12/02/2020
CT Log Number 538679864

| | |
|---|---|
| **TO:** | Laura Aznavoorian, Litigation Supervisor<br>Gallagher Bassett Services, Inc.<br>1901 S. Meyers Rd, Suite 200C<br>Oakbrook Terrace, IL 60181 |
| **RE:** | **Process Served in Arizona** |
| **FOR:** | Costco Wholesale Corporation  (Domestic State: WA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Patricia Epping, PLTF. vs. Costco Wholesale Corporation, DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # CV2020096292 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/02/2020 at 10:31 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/02/2020, Expected Purge Date: 12/17/2020 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| | Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of  1 / GS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
11/23/2020 2:32:54 PM
Filing ID 12253119

Person/Attorney Filing: Robert Monroe
Mailing Address: 7227 E. Baseline Road Suite 114
City, State, Zip Code: Mesa, AZ 85209
Phone Number: (480)534-7355
E-Mail Address: rmonroe@fmlawaz.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028838, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Patricia Epping
Plaintiff(s),
v.
Costco Wholesale Corporation
Defendant(s).

Case No. CV2020-096292

**SUMMONS**

12/1/20 @ 8:30 AM

To: Costco Wholesale Corporation

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *November 23, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *ANGELA ALLEGRETTI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
A. Allegretti, Deputy
11/23/2020 2:32:54 PM
Filing ID 12253116

1  Robert R. Monroe, #028838
   rmonroe@fmlawaz.com
2  **FLEMING & MONROE, PLC**
   7227 E. Baseline Road, Suite 114
3  Mesa, Arizona 85209
   Phone: 480-534-7355
4  *Attorneys for Plaintiff*

5           **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

6                    **IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| 7  PATRICIA EPPING, a married woman; | Case No. CV2020-096292 |
| 8           Plaintiff, | |
| 9  v. | **COMPLAINT** |
| 10 COSTCO WHOLESALE CORP., a Washington corporation; | |
| 11          Defendant. | |

13      Plaintiff Patricia Epping ("Plaintiff"), by and through undersigned counsel, for her
14 Complaint against Defendant Costco Wholesale Corporation ("Defendant"), hereby alleges
15 as follows:

16                    **PARTIES, JURISDICTION AND VENUE**

17      1.   Plaintiff Patricia Epping, a married woman, is, and, at the time of the events
18 complained of herein was, a resident of Maricopa County.

19      2.   Defendant Costco Wholesale Corporation is a Washington corporation, and,
20 at all relevant times, was qualified to operate in the State of Arizona and in Maricopa County.

21      3.   Defendant caused an event to occur within Maricopa County, Arizona, out of
22 which this action arises.

23      4.   This Court has jurisdiction over this matter pursuant to Article 6, Section 14,
24 Paragraphs 1 and 3 of the Arizona Constitution as well as A.R.S. § 12-123.

25      5.   Venue is proper in this Court pursuant to A.R.S. § 12-401, as the events giving
26 rise to the claims for relief occurred in Maricopa County, Arizona.

27      6.   The amount in controversy exceeds the minimum jurisdiction requirements of
28 this Court, and jurisdiction and venue are proper in Maricopa County Superior Court.

## ALLEGATIONS

7. Upon information and belief, Defendant Costco Wholesale Corporation is the owner/operator of the "Costco" located at 1444 S. Sossaman Road in Mesa, AZ 85209 (the "Subject Property").

8. On or about June 14, 2019, Plaintiff Patricia Epping was an invitee at the Subject Property.

9. As Plaintiff made her way through the store, she slipped on a clear substance that was not visible to her.

10. Upon information and belief, Defendant either caused the clear substance to be placed in its unnoticeable position on the floor, was aware of the clear substance before Plaintiff slipped, or the clear substance had been there for a sufficient length of time that Defendant reasonably should have known about it.

11. As a result of her slipping on the clear substance, Plaintiff sustained significant personal injuries.

12. Upon information and belief, Defendant knew or reasonably should have known, that a clear substance being left in an unnoticeable position in a busy retail store was unreasonably dangerous.

13. Defendant was negligent in allowing a clear substance to remain on the floor without providing any notice to its patrons, including Plaintiff, making it unreasonably dangerous for ordinary foot traffic.

14. Defendant failed to correct the condition or provide adequate warning to Plaintiff.

15. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered, and continues to suffer, physical injury, including, but not limited to, pain and discomfort as a result of her injury.

16. As a direct and proximate result of the negligence of Defendant, Plaintiff has sustained and will continue to sustain medical expenses.

17. As a direct and proximate result of the negligence of Defendant, Plaintiff has

been damaged in an amount in excess of the minimum jurisdictional limits of this Court.

WHEREFORE, Plaintiff demands judgment by this Court in her favor and against Defendant as follows:

    a.     In such amount as is fair and reasonable as and for general damages;

    b.     In such amount as may be shown at trial as and for special damages;

    c.     For Court costs incurred and to be incurred herein;

    d.     For interest on the above sums from the date of judgment until paid; and

    h.     For such other and further relief as the Court may deem just and proper.

DATED this 23rd day of November, 2020.

          **FLEMING & MONROE, PLC**

By: */s/ Robert R. Monroe*
ROBERT R. MONROE
*Attorneys for Plaintiff*

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
A. Allegretti, Deputy
11/23/2020 2:32:54 PM
Filing ID 12253118

Person/Attorney Filing: Robert Monroe
Mailing Address: 7227 E. Baseline Road Suite 114
City, State, Zip Code: Mesa, AZ 85209
Phone Number: (480)534-7355
E-Mail Address: rmonroe@fmlawaz.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028838, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Patricia Epping
Plaintiff(s),
v.
Costco Wholesale Corporation
Defendant(s).

Case No. CV2020-096292

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Robert Monroe /s/
Plaintiff/Attorney for Plaintiff